IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL L. HUBBARD,

      Plaintiff,                    No. 2:10-cv-2696 LKK KJN P

    vs.

C. D. HOUGLAND, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 10, 2010, this court granted plaintiff's application to proceed in forma pauperis and found service of plaintiff's complaint appropriate for all five named defendants. Thereafter, commencing December 20, 2010, plaintiff filed various documents with the court, including a notice that plaintiff had been served with the wrong copy of the endorsed complaint (Dkt. No. 10), a motion to file an amended complaint and proposed First Amended Complaint (Dkt. Nos. 11, 12), and then a "Motion to Dismiss" (withdraw) the instant action. The court seeks additional information before ruling on plaintiff's most recent request.[1]

---

[1] Concerned that plaintiff may be experiencing reprisals for pursuing this action, the court has examined the docket and notes that this action proceeds against defendants at High Desert State Prison, while plaintiff is currently incarcerated at California State Prison-Corcoran.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall, within fourteen days after service of this order, inform the court of plaintiff's decision whether to pursue this case, and a very brief statement of the reasons therefore.

SO ORDERED.

DATED: January 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hubb2696.misc