1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL L. HUBBARD,

11            Plaintiff,                        No. 2:10-cv-2696 LKK KJN P

12       vs.

13   C. D. HOUGLAND, et al.,

14            Defendants.                       ORDER

15   _____/

16            Plaintiff is an inmate at California State Prison-Corcoran, who proceeds without

17   counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On December 10, 2010, the

18   court granted plaintiff's application to proceed in forma pauperis and found that service of

19   process of plaintiff's original complaint was appropriate for all named defendants.  On January 3,

20   2011, plaintiff filed a "Motion to Dismiss" (withdraw) the instant action.  (Dkt. No. 13.)

21   However, because plaintiff also filed, on December 20, 2010, a motion to amend his complaint

22   and a proposed First Amended Complaint (Dkt. Nos. 11, 12), the court issued an order requiring

23   plaintiff to clarify his intent.[1]  After submitting documents necessary to effect service of process

24   _____

25         [1]  The court noted its concern that plaintiff may be experiencing reprisals for pursuing the
     instant action.  (See Dkt. No. 14, at 1 n. 1.)  However, examination of the docket and plaintiff's
26   pleadings demonstrate that the instant action proceeds against defendants at High Desert State
     Prison, while plaintiff is currently incarcerated at California State Prison-Corcoran, thus minimizing

1   on the named defendants (Dkt. No. 15), plaintiff filed, on January 18, 2011, his response in the

2   form of a renewed "Motion to Withdraw" (Dkt. No. 16).

3         Plaintiff explains in both of his motions to close the instant case that he seeks to

4   devote his efforts to opposing a motion for summary judgment in a "previous" or "old" case.  He

5   states that "it is for these reasons that I wish to withdraw from this action, before the complaints

6   have been served on the defendants, to better understand and prepare myself for this summary

7   judgment."  (Dkt. No. 16, at 1.)

8         Federal Rule of Civil Procedure  41 provides that "the plaintiff may dismiss an

9   action *without a court order* by filing:  (i) a notice of dismissal before the opposing party serves

10  either an answer or a motion for summary judgment. . . ."  Fed. R. Civ. P. 41(a)(1)(A)(i)

11  (emphasis added).  Unless otherwise stated in the notice, such dismissals are without prejudice.

12  Fed. R. Civ. P. 41(a)(1)(B).

13        Defendants have not been served process in this action, and thus plaintiff is

14  entitled unilaterally to dismiss this case.  Accordingly, IT IS HEREBY ORDERED that:

15        1.  Plaintiff's "motions" for voluntary dismissal of this action (Dkt. Nos. 13, 16)

16  are "granted;"

17        2.  Plaintiff's motion to amend his complaint (Dkt. No. 11) is denied as moot; and

18        3.  This action is dismissed without prejudice.

19  DATED:  January 26, 2011

20

21  _____

22  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

23  hubb2696.dism

24

25

26  _____

the possibility that plaintiff is motivated by fear in seeking withdrawal of the instant action.